**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: APPEAL OF HAVEN AT ATWATER   :   No. 67 MAL 2022
VILLAGE LLC FROM THE DECISION OF   :
THE  CHESTER COUNTY BOARD OF   :
ASSESSMENT APPEALS, MUNICIPALITY   :   Petition for Allowance of Appeal from
OF EAST WHITELAND TOWNSHIP,   :   the Order of the Commonwealth
CHESTER COUNTY, PA FOR THE TAX   :   Court
YEAR 2017 TAX PARCEL NO. 42-02-   :
0008.03.A0   :
  :
  :
PETITION OF: HAVEN AT ATWATER   :
VILLAGE, LLC   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of June, 2022, the Petition for Allowance of Appeal is

**DENIED**.